# BILL OF COSTS

## TEXAS COURT OF APPEALS, SIXTH DISTRICT, AT TEXARKANA

### No. 06-14-00101-CV

**In the Matter of the Marriage of Emma Ruth Vinson and Ben Andrew Vinson, Sr.**

(No. 2011-12-590-CCL IN COUNTY COURT AT LAW OF RUSK COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $10.00 | E-PAID | MARIAN TAYLOR |
| SUPP REPORTER'S RECORD | $160.00 | UNKNOWN | JOE SHUMATE |
| SUPPLEMENTAL CLERK'S RECORD | $65.00 | PAID | JOE SHUMATE |
| MOTION FEE | $10.00 | E-PAID | MARIAN TAYLOR |
| MOTION FEE | $10.00 | E-PAID | MARIAN TAYLOR |
| MOTION FEE | $10.00 | E-PAID | MARIAN TAYLOR |
| CLERK'S RECORD | $58.00 | PAID | JOE SHUMATE |
| INDIGENT | $25.00 | PAID | JOE SHUMATE |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | PAID | JOE SHUMATE |
| FILING | $100.00 | PAID | JOE SHUMATE |
| STATEWIDE EFILING FEE | $20.00 | PAID | JOE SHUMATE |
| REPORTER'S RECORD | $767.50 | UNKNOWN | JOE SHUMATE |

**Balance of costs owing to the Sixth Court of Appeals, Texarkana, Texas: 0.00**

***Court costs in this cause shall be paid as per the Judgment issued by this Court.***

I, **DEBRA AUTREY, CLERK** OF THE SIXTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE SIXTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.



**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Sixth District of Texas, this October 21, 2015.

**DEBRA AUTREY, CLERK**

By _____
Deputy